# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2270
LT Case No. 1999-DR-003003-A

_____

JAMES S. HOLCOMB,

    Appellant,

    v.

ISABELLE H. HOLCOMB,

    Appellee.

_____

On appeal from the Circuit Court for Lake County.
Michael G. Takac, Judge.

James S. Holcomb, Clermont, pro se.

Christopher J. Shipley, of Shipley Law Firm, Mount Dora, for Appellee.

November 21, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____